CLERK OF COURT

UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF TEXAS.

United States Courts
Southern District of Texas
FILED

DEC 09 2024

Nathan Ochsner, Clerk of Court

NATHAN OCHSNER,

PLEASE Im At the mercy of SENIOR UNITED STATES DISTRICT Judge SIM LAKE.

PLEASE Im begging you before I kill either these LAW's or INMATES even myself. Under CASE Number 4:24-CV-04085 Notice Number 20241025-74. As I write SIR I CRY Cause these law's Let INMATE Robert BRITT GANDY beat me down. Which is 7 foot 247½. I Am A TRANSGENDER 5'11 164½ & he came in my cell Which I was placed upfront of A POD Epod with the INMATE SAMET who filed his Complaint. Ive filed two Free World Criminal CASES ON LAW'S & INMATE behind Retaliation & POLICY STANDARDS here on this unit. This 2nd ASSAULT happened NOV 29th was Denied medical As well As LAW Watch the beatdown I took & blood the RANK SAW that day. I forced Another Sgt Johnson Who had lied to get me IN to see them & Infront of C.O. GRIFFIN Stated Ive/medical's KNOWN of this since Friday & was told by Lt. BEAN BRIDGES not to do Anything. BECAuse I refuse to be locked up & to me further more Punished for GANDY's Assault will take matters IN own hands on mon Dec 2 At midnight Sgt Called RMF Hospital for emergency

X RAY on the way back Approx time 8Am to 11:45Am SAW WARDEN SIMMIONS. I look like LeWee the RACCOON & he still pushed me off to file proper Policy Complaint of A HATE CRIME which was and is covering up by his OFFICERS.

As I Came back to pod E pod H.S. Estelle I seen No Capt's he was refusing to got mad from the PAIN & how they've have keeped on violating my civil RIGHTS. I came off Pod to see SAFE PRISON where I told MS. Hollins of the issue And how I filed it AND NOV 12th Assault from Sgt mills & others on major shake down where they tore up and Religious Material as well As stole Religous Books & 8 LAW book's plus Legal paper work. As I tried to Protest I was lied on by stating I was going to cut out stitches which Never stated only stated how and why are they violating my civil Rights Sgt mills then sprayed put me in cell 1/2 exsposed which was against PREA LAWS & Never Allowed Spray to be removed for 5 days Denied Blanket saying wasn't one for 10 hours Nite time Sgt HILTON At 8:45am got me one. But I've yet to hear back & now this & how I was Denied Proper Care or to report Sgt S. Phillips At 12Am till Am got Statement & Pictures. I was Also on Dec 4th stolen from by AN INMATE either by GANDY or one of his homeboys. I've lived in cell since Aug 2024 & Never had Inmate in cell to steal from me but After his Attack & Same Law who saw it As I left for brief minutes to return clothes to Another I had worked on Inmate came in just to PLEX I know by GANDY they took DICTONARY I had on bed to write GRIEVANCE on WARDEN SIMMIONS medical as well as Lt SEAN BRIDGES It was done just to show I've done nothing to him. I had A MACE made & Faw motor to take care of Any more issue. Which Nothing SAFE PRISON stated would take place for Dec 4th & me moved from 108 to 104 Closer to C.O. Desk & his (GANDY's being locked up by SAFE Prison) Then him (Same C.O. who allowed Assault) Allowed

Inmate in cell then just brushed me off. Then at shift changed was denied all night out of cell as Gandy was out as if he'd done no wrong. I spoke to the law that I needed rank he goes I'm not calling rank. I then stated I will cut to kill myself so get me rank. C.O. African then stated go ahead cut I don't care if your in that cell bleeding to death, I'm not calling rank this is my pod. Finally at 12 am approx Sgt S. Phillips came pulled me out & she heard me out with her Lt. Then properly filed victim statement. Im not sure what to do or where to go from this Ive been rapped in this God for sacking system & covered up by law's & I keep fighting & I don't know what to do & I cry out in pain of my rib. As Ive been denied medical & got paperwork they state in step 1 I shouldn't have that show Ive tried policy & they keep denying & lying as well as Ive got some law's who will stand at my side to be my witness out there lies con a Nuese. Please I need you to come see first hand how in my 16 yrs they've done this & have denied me all around this place to get justice for there cover up wrong either I get some help from the courts or I'll get either Death sentence or Life if I just don't kill myself

P.S. Ive tried to hold as much of paper to prove there wrong & there rights violation but I'm unsure how I'm going to keep it with there retaliation as they are. But Ive got stuff from West Texas & this unit aint done nothing they havent in 16 yrs. Ive Also been denied Due Process of court by Law Libarain Hughes here, its taken 2 weeks to get back & how they force me to find Stamp Indigent folder on the street to mail

Ms Crystal Dey Young
Jason Young
Estelle Unit H.S. E pod 108B
264 Fm 3478 Rd
Huntsville Tx
77340

P.S. out letter's, I'm mailing this out Dec 5th I need help I've got no family left to help or any one out side but TRANSGENDER Places who have keep Documents I've sent to get a (Civil) case going which I've got PTSD Neuro Cognitive Disorder ORGANIC BRAIN syndrome BI POLAR I've even become Reckless to cell since oct 15 cause my issues has pushed me to pushing away from DAILY Activitie. I also have GD Disorder & have been Denied GENDER WEAR As being Called As my gender I Identify They can't get it right around here and just Deny me Access & Cover it up All the Way Around I've even tried to view my medical Records cause I'm going DEAF its why I'm on this unit & ADS SYKES has Denied me that I'm A Live WIRER & these people need to Do homework of me cause I've lost All my family & they beat me Down with 8 laws with Cuffs & clubs Aug 18 2021 After Sister Death & I've gave up not keeping Promise that I won't kill these people.

PG 1

VICTIM STATEMENT
Sgt S. Phillips STATE Investigator
12/04/24 1:10 AM

ON Fri NOV 29th Approx 9:30Am to 10:30Am I came out to speak to SAMET in cell 112 E pod. I had heard AN INMATE going off As I turned Robert BRITT GAWDY came up beside me then turned to me Saying it was my fault the old man in 128 blew the power with A Stinger I sold him two days earlier. I had explained how's it my fault cause he's had it for two days & it worked fine when he took it cause I tested it three times first. INMATE GAWDY got up in my face telling it was my fault & stated Punk be A man go put your boots on cause its your fault & I said whatever He then goes yeah I'm going to show you whatever As he stated he was going to beat my Punk ASS down, As the HAWJIN LAW was A few feet Away. I had gone to cell 108 to Defuse the issue As GAWDY went to cell As the law followed him & walked him come down with two homeboys outside my cell & GAWDY came into my cell got in my face Saying Punk wheres your boots As he jumped in my face


This is the 1st STATEMENT IN writing was Asked to file As well As they Are going to cover up RECORDS to get Away with All they've done they've stolen some of stuff I've got no help but SAMET INMATE. Doc# 1444414
They've even covered up GRIEVANCES I've written here & in WEST TEXAS AllRED UNIT. As well As Denied me Access to Property from West TEXAS which At hand Legal Paper work of Another Assault AllRED Unit covered up of EDWIN PERKINS A Lifer for killing TRANSGENDER in the world & A known CRIP As well As GAWDY is A Gang member to

As I told him to get out of my cell I pushed him off me & to the Door telling Gandy to get out. He then ran up on me as we started to fight he pushed me up to my bed and my knee gave & I buckeled then he moved fast as he started punching my face. I blocked face the best I could then he pushed me down to the bed then repeatedly hit my rib till it popped & his homeboy said laws coming. Gandy ran out. I closed curtain 10 minutes later law on pod looked in as I was covered with blood he calls rank female sgt Ahmed forces me to cuff up. I told her what happened & said I refuse to file OPI cause Im not afraid cause I can fight back. Because I refuse Sgt Stoker Lt Bridges what you want to do. He goes Lt goes put him back in cell Sgt Ahmed took cuffs off. Lt Bridges stated before I left he wasn't going to do anything cause I didn't positively ID the inmate. Sgt Ahmed state the C.O. stated he knew the inmate & where he live cause he followed him from & to his cell. Sgt Johnson Griffin forced medical in and Doct to see me & in front of C.O. that worked that Lt Bridges told us on Friday when it happens i not to do anything. I ask nurse to document it she just acted as if she was going to & never did. On Tue Dec 3 the night sgt on mon got RMF to do an xray cause I was hurting bad mon night. As I came back I tried to speak to Warden Simmtons he brushed me off not allowing me to file a proper report telling me to go talk to Capts on my wing as I came down the hall I saw SAFE Prisons Door open & knocked I had spoke to Ms. Hollins of the issue she started see if she could get capt to review camera footage if I was telling the truth she will she'd do her own paper work. As I had told her I had filed with Walker County DA. William Durffin & I will now file on Warden Simmtons & Medical. Dec 4 Inmate went in cell between 2:30pm & 5:30pm and had taken my dictionary which aint no one ever stole from me or do nothing to my cell til Gandy beat me up. Plus he's made threates it'll worse if I don't tell. I ain't telling cause he's



JASON BROWN
TDCJ Doc # 164/9/2
Estelle unit HS Epod 1026
264 Fm 3478 RD
Huntsville, TEXAS
77320-3320

HOUSTON TX RPDC 773
5 DEC 2024 PM 5. L

United States Courts
Southern District of Texas
FILED
DEC 09 2024
Nathan Ochsner, Clerk of Court

LEGAL
MAIL

C/O NATHAN Ochsner Clerk
United States District Clerk
Southern District of Texas
P.O. Box 61010
Houston, Texas 77208

77208-101010