In Southern District Courts
Houston Texas Division

United States Courts
Southern District of Texas
FILED

JUN 05 2025

Nathan Ochsner, Clerk of Court

Jason Young

    PLANTIFF:

    V.

TDCJ-CID

    DEFENDENT:

Civil Action # 4:32-CV-04848

MOTION TO RENDER MEDICAL DOCUMENTS

I Jason Young #1641912 reside in the TEXAS DEPARTMENT OF CRIMINAL JUSTICE am here to Petention this side Courts of Judge CHARLES Eskridge under the ORDER OF THE OPEN RECORDS Act for this Civil Proceeding to ORDER THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE Contrated Employeedment of MEDICAL BRANCH THE UTMB to RENDER ANY & All UTMB MEDICAL files to show thru their own Documents theiron going retaliation of TDCJ-CID officers thru MENTAL Health files. As well as medical RECORDs files also to show they have Deleted medical RECORDs As well as Never followed policy & Procedures on medical Treatment of Proper wound Care. As they have also Charged me for Care in which should of Not of been Charged for Cause it being Chronic Care as well as follow up reaccarring medical-Condutions. As well as how Mental Health hospitals has denyed me many times for treatment & how I was forced Discharged even with Self Harm & Suicidal issues with no real form of treatment & have Not become worse on a life long mis Diagnosed Treatment by TDCJ-CID, UTMB officials.

Excuted MAY 21, 2025
    MONTH/DATE/YEAR

Jason Young #1641912
    NAME    TDCJ Number

4:30 AM
Time

*Jason Young*
SIGNATURE