THE UNITED STATES DISTRICT COURT FOR THE 12th SOUTHERN DISTRICT OF HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
JUL 16 2025
Nathan Ochsner, Clerk of Court

Jason Young
  Plaintiff

v.

TDCJ
  Defendants

PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Civil Action No: _____

Pursuant to Rule 34 of the Federal Rules of Civil Procedure. Plaintiff request that Defendant TEXAS DEPARTMENT OF CRIMINAL JUSTICE Produce for inspection & Copying the following documents:

1) The complete Administrative Records of the Plaintiff.

3) Any & All medical Records of Plaintiff from the time of his incarceration in The TEXAS DEPARTMENT OF Criminal Justice INSTITUTION, Through Including these Dates MAY 31, 2025. As well as Camera footage from Aug 2024 til Apr 3rd, 2025

4) Any & All rules, regulations, & Polices of THE TEXAS DEPARTMENT of Criminal Justice about treatment of prisoners that are under SAFE PRISON/PREA AS A TRANSGENDER & A high risk of Victimizing & Preditiorized & to be Protected or watched.

MAY 26, 2025

JASON YOUNG
SIGNED

Jason Young
SIGNATURE



Jason Young
TDCJ Doc# 164191z
Skyview Unit 2-D-14bunk
379 Fm 2972 West
Rusk, Texas 75785

District Clerk
#125 Southern District Court
of the Houston Texas Division
PO Box 61010
Houston, Texas

Legal Mail

United States Courts
Southern District of Texas
FILED
JUL 16 2025
Nathan Ochsner, Clerk of Court