**IN THE UNITED STATES DISTRICT COURT**
**FOR THE** _FIFTH Circuit_ **DISTRICT OF TEXAS**
**_____ DIVISION**

United States Courts
Southern District of Texas
FILED

*August 11, 2025*

Nathan Ochsner, Clerk of Court

_JASON YOUNG #1641912_
Plaintiff's name and ID Number

_SKYVIEW UNIT TDCJ_
Place of Confinement

CASE NO. _25-20296_
_4:24-CV-4848_
(Clerk will assign the number)

V.

**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

_TDCJ_
Defendant's name and address

I, _JASON YOUNG_, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment?      Yes ☐   No ☒
   b. Rent payments, interest or dividends?               Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?     Yes ☐   No ☒
   d. Gifts or inheritances?                              Yes ☐   No ☒
   e. Family or friends?                                  Yes ☐   No ☒
   f. Any other sources?                                  Yes ☐   No ☒

   If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _____ N/A _____

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

   Yes ☐      No ☒

   If you answered **YES** to any of the questions above, state the total value of the items owned.

   _____ N/A _____

1

☆ATCIFP (REV. 9/02)

3. Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐          No ☒

If you answered **YES**, describe the property and state its approximate value.

_____ N/A _____

_____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the ___6___ day of ___Aug___, 20 _25_.

___Jason Young___          #164/912

Signature of Plaintiff                          ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

☆ATCIFP (REV. 9/02)