

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

To:             **Jason Young (#1641912)**
Re:             **Civil Action No. 4:24–4848**
Date:           **10/16/2025**
From:           **Nathan Ochsner, Clerk**

    Be advised that the clerk's office has received correspondence/pleadings from you as follows:

The Clerk's Office is in receipt of your letter inquiring on your case. Enclosed, please find an updated copy of your docket sheet reflecting all documents received and filed in your case.

By Deputy Clerk<br>Nathan Ochsner, Clerk