APPEAL,APPEAL_NAT,CLOSED,PLRA,PRIS,YH

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:24-cv-04848
# Internal Use Only

Young v. TDCJ et al.  
Assigned to: Judge Charles Eskridge  
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 12/09/2024  
Date Terminated: 01/31/2025  
Jury Demand: Plaintiff  
Nature of Suit: 550 Prisoner: Civil Rights  
Jurisdiction: Federal Question

**Plaintiff**

**Jason Young**  
*a/k/a Crystal Rey Young*

represented by **Jason Young**  
#01641912  
Skyview Unit  
379 FM 2972 West  
Rusk, TX 75785  
PRO SE

V.

**Defendant**

**TDCJ**

**Defendant**

**Bryan Collier**  
*Director of the State of Texas Department of Corrections*

**Defendant**

**Larry Berger**  
*Head Warden of the Skyview/Hodge Complex*

**Defendant**

**Donna Ford**  
*Nurse Clinician*

**Defendant**

**Angela Stafford**  
*C.O.5*

**Defendant**

**Jennifer N Brown**  
*Asst. Warden*

**Defendant**

**Sonya Rollins**
*C.O.5*

**Defendant**

**Darrell Deel**
*C.O.5*

**Defendant**

**Brenda L Clarke**
*C.O.5*

**Defendant**

**Christopher Argenbright**
*C.O.5*

**Defendant**

**Nathon Rios**
*C.O.5*

**Defendant**

**Beverly Marcum**
*Admin Asst. 4*

**Defendant**

**Kristian M Loya**
*C.O.5*

**Defendant**

**Thomas Rogers**
*Captain*

**Defendant**

**Andre M. Williams**
*Captain*

**Defendant**

**Jason Browning**
*Mental Health Manager*

**Defendant**

**Henry Davis**
*Mental Health Clinician / Therapist*

**Defendant**

**Achinivu Chinedum**
*Psych -Mid Level Practitioner I.P.*

**Defendant**

**Ellis M Teisha**
*Admin Assit. 3*

**Defendant**

J Johnson
*C.O.5*

**Defendant**

Gerald Singleton
*C.O.5*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/09/2024 | 1 | Prisoner Civil Rights COMPLAINT against TDCJ (Filing fee $ 405) filed by Jason Young. (bsg4) (Entered: 12/10/2024) |
| 12/10/2024 |  | Referral Judge Selected: Magistrate Judge Yvonne Y. Ho randomly selected to receive referrals. The selected Magistrate Judge is not assigned to this case until a District Judge refers the case or a motion or the parties consent to jurisdiction of the Magistrate Judge. Once a referral has been made, the name of the referral judge will appear at the top of the docket sheet. (bsg4) (Entered: 12/10/2024) |
| 12/10/2024 | 2 | CLERKS NOTICE Regarding Consent to Jurisdiction of Magistrate Judge. Parties notified, filed. (bsg4) (Entered: 12/10/2024) |
| 12/10/2024 | 3 | NOTICE to Pro Se Litigant of Case Opening. Party notified, filed. (bsg4) (Entered: 12/10/2024) |
| 12/10/2024 | 4 | COPY of Letter from The Court mailed to Office of the Independent Ombudsman and TDCJ Health Services Department re: Mr. Young's allegations of self harm and other vague threats., filed. (bsg4) (Entered: 12/10/2024) |
| 12/10/2024 | 5 | CLERKS NOTICE OF DEFICIENT PLEADING. Parties notified. Notice of Compliance due by 1/9/2025, filed. (Attachments: # 1 Appendix, # 2 Appendix) (bsg4) (Entered: 12/10/2024) |
| 12/12/2024 | 6 | Letter from Jason Young re: assault, filed. (csr4) (Entered: 12/12/2024) |
| 12/31/2024 | 8 | MOTION for Order to Show Cause as to a preliminary injunction and temporary restraining order by Jason Young, filed. Motion Docket Date 2/21/2024. (bmn4) Modified on 1/7/2025 (bsg4). (Entered: 01/06/2025) |
| 12/31/2024 | 9 | Letter from Jason Young re: Statement of facts, filed. (bmn4) (Entered: 01/06/2025) |
| 01/02/2025 | 7 | MOTION for Writ of Mandamus by Jason Young, filed. Motion Docket Date 1/23/2025. (dm4) (Entered: 01/03/2025) |
| 01/30/2025 | 10 | Letter from Jason Young re: treatment from TDCJ staff, filed. (dm4) (Entered: 01/31/2025) |
| 01/31/2025 | 11 | ORDER OF DISMISSAL re: Accordingly, it is ORDERED that this case is DISMISSEDWITHOUT PREJUDICE for want of prosecution. All pending motions are DENIED AS MOOT. The Clerk will send a copy of this order to Young. Case terminated on 01/31/2025. (Signed by Judge Charles Eskridge) Parties notified. (jmg4) (Entered: 02/03/2025) |
| 02/12/2025 | 13 | Supplemental EXHIBITS re: 9 Letter by Jason Young, filed. (hlc4) (Entered: 02/18/2025) |
| 02/13/2025 | 12 | Letter from Jason Young, filed. (bmn4) (Entered: 02/14/2025) |
| 03/03/2025 | 14 | Letter from Jason Young, filed. (bmn4) (Entered: 03/06/2025) |

| | | |
|---|---|---|
| 05/27/2025 | 15 | MOTION/APPLICATION to Proceed In Forma Pauperis by Jason Young, filed. Motion Docket Date 6/17/2025. (bmn4) (Entered: 06/02/2025) |
| 05/27/2025 | 🔒 16 | Prisoner Trust Fund Account Statement by Jason Young, filed. (bmn4) (Entered: 06/02/2025) |
| 05/27/2025 | 17 | Letter from Jason Young re: Dismissal of Case, filed. (bmn4) (Entered: 06/02/2025) |
| 06/05/2025 | 18 | Letter from J. Young re: How to proceed., filed. (dah4) (Entered: 06/06/2025) |
| 06/05/2025 | 19 | MOTION of Order to Comply by Jason Young, filed. Motion Docket Date 6/26/2025. (dah4) (Entered: 06/06/2025) |
| 06/05/2025 | 20 | MOTION to Render Medical Documents by Jason Young, filed. Motion Docket Date 6/26/2025. (dah4) (Entered: 06/06/2025) |
| 06/05/2025 | 21 | MOTION to Render Documents by Jason Young, filed. Motion Docket Date 6/26/2025. (dah4) (Entered: 06/06/2025) |
| 07/14/2025 | 26 | Letter from Jason Young re: Case status update, filed. (jlm4) (Entered: 07/17/2025) |
| 07/16/2025 | 22 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit by Jason Young, filed. (bmn4) (Entered: 07/16/2025) |
| 07/16/2025 | 23 | DECLARATION of Everrest Wright, filed. (bmn4) (Entered: 07/16/2025) |
| 07/16/2025 | 24 | DECLARATION of Cyle Benner, filed. (bmn4) (Entered: 07/16/2025) |
| 07/16/2025 | 27 | MOTION for Production of Documents by Jason Young, filed. Motion Docket Date 8/6/2025. (dah4) (Entered: 07/17/2025) |
| 07/17/2025 | 25 | Clerks Notice of Filing of an Appeal. The following Notice of Appeal and related motions are pending in the District Court: 22 Notice of Appeal. Fee status: Not Paid, filed. (Attachments: # 1 NOA, # 2 DKT13) (edg1) (Entered: 07/17/2025) |
| 07/17/2025 | | Appeal Review Notes re: 22 Notice of Appeal. Fee status: Not Paid. The appeal filing fee has not been paid, and appellant is a pro se litigant. No hearings were held in the case - no transcripts. Number of DKT-13 Forms expected: 1, filed. (edg1) (Entered: 07/17/2025) |
| 07/18/2025 | 28 | CLERKS NOTICE to Prisoner. Parties notified, filed. (Attachments: # 1 Appendix) (bsg4) (Entered: 07/18/2025) |
| 07/28/2025 | | Notice of Assignment of USCA No. 25-20296 re: 22 Notice of Appeal, filed. (dar1) (Entered: 07/28/2025) |
| 08/14/2025 | 29 | MOTION/APPLICATION to Proceed In Forma Pauperis by Jason Young, filed. Motion Docket Date 9/4/2025. (Attachments: # 1 Supplement, # 2 Supplement) (edg1) (Entered: 08/14/2025) |
| 08/14/2025 | 🔒 30 | Prisoner Trust Fund Account Statement by Jason Young, filed. (edg1) (Entered: 08/14/2025) |
| 08/25/2025 | 31 | MOTION of Statement of Facts by Jason Young, filed. Motion Docket Date 9/15/2025. (amp4) (Entered: 08/26/2025) |
| 08/25/2025 | 32 | MOTION of Documents Acceptance by Jason Young, filed. Motion Docket Date 9/15/2025. (amp4) (Entered: 08/26/2025) |
| 08/27/2025 | 33 | Letter from Jason Young, filed. (bmn4) (Entered: 08/28/2025) |

| | | |
|---|---|---|
| 09/02/2025 | 34 | MOTION of Statement of Facts and to Petition the Court by Jason Young, filed. Motion Docket Date 9/23/2025. (abb4) (Entered: 09/04/2025) |
| 09/05/2025 | 36 | Letter from Jason Young re: to Address the Courts, filed. (amp4) (Entered: 09/09/2025) |
| 09/08/2025 | 35 | MOTION for Writ of Certiorari by Jason Young, filed. Motion Docket Date 9/30/2025. (jm4) Modified on 9/9/2025 (jm4). (Entered: 09/09/2025) |
| 09/15/2025 | 37 | Letter from J. Young, filed. (dah4) (Entered: 09/15/2025) |
| 09/19/2025 | 38 | MOTION for Addressing Judicial Proceeding Courtsby Jason Young, filed. Motion Docket Date 10/10/2025. (bmn4) (Entered: 09/19/2025) |
| 09/19/2025 | 39 | STATEMENT of Facts by Jason Young, filed. (bmn4) (Entered: 09/19/2025) |
| 09/19/2025 | 40 | PROPOSED ORDER re: 8 MOTION for Order to Show Cause as to for a preliminary Injunction and temporary restraining order, filed. (amp4) (Entered: 09/19/2025) |
| 09/22/2025 | 41 | MOTION to Add Exhibit and Statement of Facts by Jason Young, filed. Motion Docket Date 10/14/2025. (cak4) (Entered: 09/22/2025) |
| 09/22/2025 | 42 | MOTION of Statement of Facts by Jason Young, filed. Motion Docket Date 10/14/2025. (cak4) (Entered: 09/22/2025) |
| 09/22/2025 | 43 | MOTION to Address Courts by Jason Young, filed. Motion Docket Date 10/14/2025. (cak4) (Entered: 09/23/2025) |
| 09/22/2025 | 44 | MOTION of Statement of Facts by Jason Young, filed. Motion Docket Date 10/14/2025. (cak4) (Entered: 09/23/2025) |
| 09/22/2025 | 45 | MOTION of Statement of Facts by Jason Young, filed. Motion Docket Date 10/14/2025. (bmn4) (Entered: 09/23/2025) |
| 09/22/2025 | 46 | MOTION of Statement of Facts by Jason Young, filed. Motion Docket Date 10/14/2025. (bmn4) (Entered: 09/23/2025) |
| 09/22/2025 | 47 | MOTION to add Exhibit Ver - 3, Ver - 4 & A-14 - N/C by Jason Young, filed. Motion Docket Date 10/14/2025. (bmn4) (Entered: 09/23/2025) |
| 09/23/2025 | 48 | Amended Prisoner Civil Rights COMPLAINT against All Defendants ) filed by Jason Young. (Attachments: # 1 Summons) (cak4) (Entered: 09/25/2025) |
| 09/23/2025 | 49 | MOTION to File a Supplemental Pro Se Brief as to 48 Complaint by Jason Young, filed. Motion Docket Date 10/14/2025. (cak4) (Entered: 09/25/2025) |
| 09/23/2025 | 50 | MOTION of Order to the Courts by Jason Young, filed. Motion Docket Date 10/14/2025. (cak4) (Entered: 09/25/2025) |
| 09/23/2025 | 51 | MOTION to Cite the Amendment Right 48 Complaint by Jason Young, filed. Motion Docket Date 10/14/2025. (cak4) (Entered: 09/25/2025) |
| 09/23/2025 | 52 | MOTION of Memorandum Brief by Jason Young, filed. Motion Docket Date 10/14/2025. (cak4) (Entered: 09/25/2025) |
| 09/25/2025 | | Summons Not Issued as to All Defendants due to these deficiencies: Name/Address of party or attorney not present. Only one party may be listed for service per summons., filed. (cak4) (Entered: 09/25/2025) |

| | | |
|---|---|---|
| 09/25/2025 | 53 | Letter from Jason Young re: Statement of Facts, filed. Docket sheet mailed to party. (cak4) (Entered: 09/25/2025) |
| 09/30/2025 | 54 | Letter from J. Young, filed. (dah4) (Entered: 10/02/2025) |
| 10/06/2025 | 55 | Letter from J. Young re: Prison mishandling mail, filed. (dah4) (Entered: 10/07/2025) |
| 10/07/2025 | 56 | Letter from Jason Walter Young re: Filing a Tort Claim, filed. (amp4) (Entered: 10/08/2025) |
| 10/09/2025 | 57 | Letter from J. Young re: Letter with Proposed Order, filed. (dah4) (Entered: 10/09/2025) |
| 10/09/2025 | 58 | Letter from Jason Walter Young, filed. (cak4) (Entered: 10/09/2025) |
| 10/14/2025 | 🔒 59 | Other EXHIBITS by Jason Young. Attached documents may be viewed in the Office of the Clerk., filed. (dah4) (Entered: 10/15/2025) |
| 10/15/2025 | 60 | Letter from J. Young re: Confirmation of Filings, filed. (dah4) (Entered: 10/15/2025) |